**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Dongan Plaza Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   8 2 - 5 5 1 9 1 0 5
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 81-06 Dongan Avenue, Apt. 2R | |
   | Number  Street | Number  Street |
   | | |
   | | P.O. Box |
   | Elmhurst   NY   11373 | |
   | City    State   ZIP Code | City    State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Queens | 81-05 Queens Boulevard |
   | County | Number  Street |
   | | |
   | | Elmhurst   NY   11373 |
   | | City    State   ZIP Code |

Official Form 205                   Involuntary Petition Against a Non-Individual                   page 1

Debtor  Dongan Plaza Inc.                                Case number (if known)_____
         Name

6. **Debtor's website** (URL)    unknown

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY
     
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205              Involuntary Petition Against a Non-Individual              page 2

Debtor   Dongan Plaza Inc.
         Name                                                                  Case number (if known) _____

## Part 3 (continued)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| 81-05 Queens Inc. | promissory note | $ 4,150,822.60 |
| Xia Chen | downpayment | $ 200,000.00 |
| Bing Lin | downpayment | $ 232,300.00 |
| | Total of petitioners' claims | $ 4,583,122.60 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

81-05 Queens Inc.
Name
81-06 Dongan Avenue, Apt. 2R
Number  Street
Elmhurst                NY         11373
City                    State      ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name
_____
Number  Street
_____
City         State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/20/2023
             MM / DD / YYYY

X _____(signature)_____
Signature of petitioner or representative, including representative's title

**Attorneys**

William X. Zou
Printed name
Bill Zou & Associates PLLC
Firm name, if any
136-20 38 Avenue, Suite 10D
Number  Street
Flushing                NY         11354
City                    State      ZIP Code

Contact phone  718-661-9562   Email  xfzou@aol.com

Bar number  2859098

State  NY

X _____(signature)_____
Signature of attorney

Date signed  07/20/2023
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor  Dongan Plaza Inc.
        Name                                              Case number (if known)_____

**Name and mailing address of petitioner**

Xia Chen
Name

84-20 51 Avenue, #LA
Number   Street

Elmhurst                    NY          11373
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/20/2023
             MM / DD / YYYY

**✗** /s/ Xia Chen
Signature of petitioner or representative, including representative's title

William X. Zou
Printed name

Bill Zou & Associates PLLC
Firm name, if any

136-20 38 Avenue, Suite 10D
Number   Street

Flushing                    NY          11354
City                        State       ZIP Code

Contact phone  718-661-9562    Email  xfzou@aol.com

Bar number  2859098

State  NY

**✗** /s/ William X. Zou
Signature of attorney

Date signed  7/20/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Bing Lin
Name

81-06 Dongan Avenue, #3F
Number   Street

Elmhurst                    NY          11373
City                        State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/20/2023
             MM / DD / YYYY

**✗** BING LIN
Signature of petitioner or representative, including representative's title

William X. Zou
Printed name

Bill Zou & Associates PLLC
Firm name, if any

136-20 38 Avenue, Suite 10D
Number   Street

Flushing                    NY          11354
City                        State       ZIP Code

Contact phone  718-661-9562    Email  xfzou@aol.com

Bar number  2859098

State  NY

**✗** /s/ William X. Zou
Signature of attorney

Date signed  7/20/2023
             MM / DD / YYYY